# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2024 KW 0605

VERSUS

HULUS DOUGHTY                                        **AUGUST 23, 2024**

---

In Re:    Hulus Doughty, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No. CR-
          1601074.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

    **WRIT DENIED ON THE SHOWING MADE IN PART AND WRIT DENIED IN PART.** Relator failed to include a complete copy of the application for postconviction relief, the bill of information, the uniform commitment order, pertinent district court minutes, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling. With respect to the motion for discovery, the writ application is denied.

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT